UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO BURRELL, et al.,<br><br>Defendants. | Case No. 16-cv-01375-DMR<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On March 21, 2016, Plaintiff American General Life Insurance Company filed suit in this Court. [Docket No. 1.] On February 15, 2017, the court stayed this case pending the outcome of ongoing criminal investigations and possible prosecutions, and ordered the parties to file a joint status report every 90 days. [Docket No. 49]. The parties' joint status report was due on May 16, 2017. No joint status report was filed. Because no joint status report was filed, the court ordered the parties to file a joint status report by May 19, 2017. [Docket No. 50]. No joint status report has been filed.

Accordingly, Plaintiff American General Life Insurance Company is ordered to respond by **May 30, 2017**, and show cause why this matter should not be dismissed for failure to prosecute. Failure to respond by **May 30, 2017** may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: May 24, 2017



_____
Donna M. Ryu
United States Magistrate Judge