UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTONIO BURRELL, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-01375-DMR<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE ISSUED** |

On March 21, 2016, Plaintiff American General Life Insurance Company ("AGLIC") filed this interpleader action against Defendants Antonio Burrell ("Burrell") and Lesia Habte ("Habte"). [Docket No. 1.] AGLIC deposited the interpleaded funds with the court and was dismissed from this action with prejudice. [Docket No. 26].

On February 15, 2017, the court stayed the action pending the outcome of an ongoing criminal investigation and possible prosecution, and ordered Habte and Burrell to file a joint status report every 90 days. [Docket No. 49]. The joint status report was due on May 16, 2017. No joint status report was filed. Because no joint status report was filed, the court ordered Habte and Burrell to file a joint status report by May 19, 2017. [Docket No. 50]. No joint status report has been filed.

Accordingly, Habte and Burrell are ordered to respond by **May 30, 2017**, and show cause why they should not be sanctioned for failure to comply with court orders.

**IT IS SO ORDERED.**

Dated: May 24, 2017



_____
Donna M. Ryu
United States Magistrate Judge