UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN GENERAL LIFE
INSURANCE COMPANY,

Plaintiffs,

v.

ANTONIO BURRELL, et al.,

Defendants.

Case No. 16-cv-01375-DMR

**ORDER DISCHARGING MAY 24, 2017
ORDER TO SHOW CAUSE**

On May 24, 2017, this court ordered Defendants Habte and Burrell to show cause in writing by May 30, 2017 as to why they should not be sanctioned for failure to comply with this court's order to file timely joint status reports. [Docket No. 52]. On June 5, 2017, Habte and Burrell filed their untimely response to the order to show cause and a joint status report. [Docket Nos. 53, 54]. Notwithstanding the parties' untimely responses to the order to show cause, the court discharges the order to show cause. However, given the parties' untimeliness in filing the status report due on May 16, 2017, the parties are forewarned that further failure to submit timely status reports will result in sanctions. The court's earlier order requiring the parties to file a joint status report every 90 days is still in effect. The next status report is due on **August 14, 2017**. Counsel are expected to calendar these dates going forward.

**IT IS SO ORDERED.**

Dated: June 7, 2017



Donna M. Ryu
United States Magistrate Judge