UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ANTONIO BURRELL, et al.,<br><br>Defendants. | Case No. 16-cv-01375-DMR<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE ISSUED FOR REPEATED FAILURE TO COMPLY WITH COURT ORDERS**<br><br>Dkt. No. 56 |

On February 15, 2017, the court stayed this interpleader action and ordered Defendants Lesia Habte and Antonio Burrell (collectively "Defendants") to file a joint status report every 90 days. [Docket No. 49]. Because Defendants failed to file their first joint status report, even after being ordered to do so, the court issued an order to show cause why Defendants should not be sanctioned for their failure to comply with court orders. [Docket No. 52].

On June 7, 2017, after reviewing Defendants' late responses to the order to show cause, the court discharged the order to show cause. [Docket No. 56]. However, the court expressly warned Defendants that "further failure to submit timely status reports will result in sanctions." [Docket No. 56]. The court provided the deadline for the next joint status report, August 14, 2017, and stressed that "[c]ounsel are expected to calendar these dates going forward." [Docket No. 56].

No joint status report was filed by August 14, 2017. This is the second time in a row that Defendants have failed to comply with the court's orders. Accordingly, Defendants are ordered to respond **by August 18, 2017**, and show cause why they should not be sanctioned for their repeated failure to follow court orders.

**IT IS SO ORDERED.**

Dated: August 16, 2017



_____
Donna M. Ryu
United States Magistrate Judge