BRIAN C. MILES (SBN 214329)
Law Office of Miles & Hatcher, LLP
9121 Haven Avenue Ste. 290
Rancho Cucamonga, California 91730
Telephone:     (909) 481-4080
Facsimile:      (909) 481-4467

Attorney for Defendant
LESIA HABTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO BURRELL, LESIA HABTE<br><br>Defendants. | Case No.: 16-CV-01375 DMR<br><br>**STATUS REPORT** |
|---|---|

Pursuant to the Court's Order of August 8, 2018, Defendant LESIA HABTE ("Habte") hereby submits this Status Report by and through her attorney of record Brian C. Miles.

On February 15, 2018, the court ordered the parties to submit a joint status report within 7 days of the conclusion of the criminal investigation involving Defendant Antonio Burrell.

Prior to the last Status Report, Attorney Brian C. Miles reached out to Detective Phong Tran of the Oakland Police Department to get an update on the criminal cases. According to Detective Tran, the Murder investigation is still ongoing as well the Identity Theft and Fraud Cases. He emphasized that Antonio Burrell is still the main suspect in all the cases. He indicated that the case will remain open until the case is solved. He also is willing to testify in our case that Mr. Burrell is the person who fraudulently obtained the Life Insurance Policy in the name of Fulton Harris and they have voice recordings to prove it.

Given the nature of the investigation, he could not give me an exact time of how much longer it will take to resolve the Murder case. Recently, Attorney Miles reached out again to obtain an update on the status of the case, but unfortunately was not able to speak with him prior to submitting this Status Report. At such time that additionally information is obtained from Detective Tran, Attorney Miles will provide a supplemental Status Report.

Attorney Miles has also reached out to Attorney Brian K. Hilliard to determine if he has received additional information concerning the criminal case against his client, but have not had a response to the email message that was sent to him, thus I am submitting this report on behalf of Lesia Habte only.

Given the above information, I am leaving it to the courts discretion as to whether to continue staying this matter.

I declare under the penalty of perjurty under the laws of the State of California that the foregoing is true and correct.

Dated: August 22, 2018

LAW OFFICES OF MILES AND HATCHER

By:     /s/ *Brian C. Miles*

BRIAN C. MILES
Attorney for Defendant Lesia Habte

Brian C. Miles, Esq. State Bar # 214329
Cornell L. Hatcher, Esq. State Bar #213874
LAW OFFICE OF MILES & HATCHER, LLP.
9121 Haven Avenue, Suite 290
Rancho Cucamonga, Ca. 91730
Telephone (909) 481-4080
Facsimile (909) 481-4467


Attorney for Defendant
Lesia Habte

UNITED STATES DISTRICT COURT

NORHTERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| American General Life Insurance Company | Case No.: **4:16-cv-01375-DMR** |
| Plaintiffs, | |
| | **CERTIFICATE OF SERVICE** |
| v. | |
| | **Judge: Hon. Donna M. Ryu** |
| Antonio Burrell, et al., | |
| Defendant(s) | |

   I am employed in the County of San Bernardino, State of California; I am over the age of 18 years and not a party to this action. My business address is 9121 Haven Avenue Ste. 290 Rancho Cucamonga, CA 91730.

   On August 22, 2018, I served the following documents described as:

   **STATUS REPORT**

On the interested parties in this action by:


TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)


Lisa Silva Passalacqua    lisa.passalacqua@wilsonelser.com
Wilson, Elser, Moskowitz Edelman
& Dicker, LLP
525 Market Street, 17th Floor
San Francisco, CA 94105

Brian K. Hilliard        Bh@hilliard-firm.com
The Hilliard Firm
3911 Harrison Street
Oakland, CA 94611

[ ]     BY MAIL as follows: I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Rancho Cucamonga, CA in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]     BY PERSONAL SERVICE: I delivered such envelop by hand to the named above addressee at the above-referenced address.

[ ]     BY OVERNIGHT DELIVERY: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to person(s) referenced above. I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop-box of the overnight delivery carrier

[ ]     BY FACSIMILE TRANSMISSION: I caused to be served by facsimile transmission at the following facsimile machine telephone number:  XXXXXXX.

[ X ]   (Federal) I declare that I am a member of the Bar of this Court. I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 22nd day of August 2018, at Rancho Cucamonga, California.


                                        /s/ Brian C. Miles_____
                                        Brian C. Miles