UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ANTONIO BURRELL, et al,<br><br>　　　　Defendants. | Case No. 4:16-cv-01375-DMR<br><br>**ORDER REGARDING COUNSEL BRIAN HILLIARD** |

Defendant Burrell's counsel, Brian Hilliard, did not appear at the October 3, 2018 case management conference. The court has learned that Mr. Hilliard has been suspended from practice by the California State Bar for 90 days, commencing August 22, 2018. As a result, Mr. Hilliard's membership in the bar of this district court has been suspended on an interim basis. *See In the Matter of Brian Kemp Hilliard*, 18-80172 MISC (JD). Defendant Habte's counsel indicated that his client would like to proceed with the case and take Mr. Burrell's deposition.

In light of these developments, Mr. Hilliard shall immediately serve a copy of this order on Mr. Burrell, and shall file a proof of service. By November 2, 2018, Mr. Hilliard shall file a report that updates the parties and court on the status of Mr. Burrell's representation in this case (for example, whether Mr. Burrell has obtained substitute counsel, or intends to proceed pro se). The report shall also address the effect of the state bar disciplinary action on Mr. Hilliard's ability to represent Mr. Burrell in this action.

**IT IS SO ORDERED.**

Dated: October 9, 2018

DONNA M. RYU
United States Magistrate Judge